**No. 67025.**—J. E. Rhoads & Sons et al. *v.* United States, protests 61/6572, etc. (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon belting and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the merchandise was held dutiable as follows: The items marked "A" at 10 percent under the provision in paragraph 1530(b)(1), as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for belting leather, by similitude under paragraph 1559, as amended, and the items marked "B" at 15 percent under paragraph 913(a), as modified, *supra*, for cotton belting for machinery, by similitude, as claimed.

**No. 67026.**—Siber Hegner Co., Inc., and The Lee-Herrmann Co. et al. *v.* United States, protests 149312–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics similar in all material respects to those the subject of Abstract 64266, the claim of the plaintiffs was sustained.

**No. 67027.**—Joseph Markovitz, Inc. *v.* United States, protests 58/25095, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise is in chief value of material the same as the artificial stems the subject of *Allied Display Materials, Inc.* v. *United States* (46 Cust. Ct. 192, C.D. 2255), the claim of the plaintiff was sustained.